IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN WATSON, | 1:07-CV-0380 AWI WMW PC |
|     Plaintiff, | |
|     vs. | ORDER TO SUBMIT NEW APPLICATION TO PROCEED |
| B. DOWLING, | IN FORMA PAUPERIS **OR** PAY FILING FEE |
|     Defendants. | |

      Plaintiff, a former state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983pauperis pursuant to 28 U.S.C. § 1915. On March 8, 2007, plaintiff filed a notice of change of address, indicating that he was released from custody. Due to his release, the court requires that plaintiff file a new application to proceed in forma pauperis **by a non-prisoner**. Plaintiff will be provided the opportunity to submit a new application to proceed in forma pauperis by a non-prisoner, **or** pay the $350.00 filing fee.

      Accordingly, IT IS HEREBY ORDERED that:

      1.    The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis **for a non-prisoner;**

      2.    Within thirty days of the date of service of this order, plaintiff shall submit

1

a completed application to proceed in forma pauperis **for a non-prisoner**, or in the alternative, pay the $350.00 filing fee for this action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:**   April 10, 2007              /s/ **William M. Wunderlich**
                                       UNITED STATES MAGISTRATE JUDGE