IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEN WATSON,

    Plaintiff,                  CV F 07 0380 AWI WMW   P

    vs.                          ORDER FINDING COMPLAINT
STATES A COLORABLE CLAIM
AND DIRECTING PLAINTIFF
TO COMPLETE USM 285 FORMS

C/O DOWLING,

    Defendant.

    Plaintiff is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claims for relief under 42 U.S.C. § 1983 against Defendant Dowling for excessive force, in violation of the Eighth Amendment.

1

Specifically, Plaintiff alleges that, due to his disability, he was unable to comply with a command from Defendant to place his hands in front of him.  Defendant allegedly caused Plaintiff to fall out of his wheelchair and fall on to a concrete floor.   Plainitff, a paraplegic, "went into spasmodic shock, as I had no feeling in my hands."

Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

    CORRECTIONAL OFFICER DOWLING

2. The Clerk of the Court shall send plaintiff one (3) USM-285 form, one summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed March 8, 2007.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Two copies of the endorsed complaint filed March 8, 2007.

4. Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

1  IT IS SO ORDERED.

2  **Dated:    July 27, 2007**               /s/  **William M. Wunderlich**
                                             UNITED STATES MAGISTRATE JUDGE