IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**KEN WATSON,**

       **Plaintiff,**        CV F 07 0380 AWI WMW P

  vs.                          ORDER

**B. DOWLING,**

       **Defendant.**

    On September 4, 2007, a recommendation of dismissal was entered, recommending dismissal of this action for Plaintiff's failure to complete and submit a USM 285 form for service of process. On September 5, 2007, Plaintiff submitted the completed USM 285 form for service of process. Accordingly, IT IS HEREBY ORDERED that the September 4, 2007, recommendation of dismissal is vacated. IT IS SO ORDERED.

Dated:   September 7, 2007              /s/  William M. Wunderlich
                                                    UNITED STATES MAGISTRATE JUDGE

1