IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Ken Watson,<br><br>    Plaintiff,<br><br>vs.<br><br>B. Dowling, et al.,<br><br>    Defendants. | No. CV-07-380-FJM<br><br>**ORDER** |

Because this case does not meet the conditions under which assignments would occur, IT IS ORDERED returning this case to the Clerk of the United States District Court for the Eastern District of California for reassignment to another judge.

DATED this 12th day of December, 2008.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge